| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |
| 5 | |
| 6 | DAVID R. CALLAWAY (CABN 121782)<br>Assistant United States Attorney |
| 7 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 8 | Telephone: (408) 535-5035<br>Fax: (408) 535-5066 |
| 9 | E-Mail: grant.fondo@usdoj.gov |
| 10 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00308-6 DLJ |
| v. | ) ) ) | STIPULATION CONTINUING THE MAY 2, 2013, STATUS CONFERENCE OF JOHN NGUYEN AND [PROPOSED] ORDER |
| JOHN NGUYEN, | ) ) | |
| Defendant. | ) | |

The United States, by and through its counsel of record, Assistant United States Attorneys Grant P. Fondo and David R. Callaway, and defendant John Nguyen, through his counsel, hereby file this stipulation. The United States and Defendant John Nguyen are currently in discussions regarding a possible plea. The United States and Mr. Nguyen need time to finalize the details of settlement and to document that settlement in the form of a plea agreement. Therefore, the United States and defendant John Nguyen request the status hearing scheduled for May 2, 2013, be rescheduled to May 30, 2013, at 1:30 p.m. This request does not apply to the other defendants scheduled for that date, *i.e.*, defendants Tran, Curiel, and Ly. The United States is not requesting the May 2, 2013, status conference be continued as to these three defendants.

STIP RE STATUS, SPEEDY TRIAL, [PROPOSED] ORDER
CR 11-00308 DLJ

Counsel for the defendant John Nguyen requests that time be excluded under the Speedy Trial Act between May 2, 2013 (the date through which time was previously excluded) and May 30, 2013, for continuity of counsel and for necessary preparation. The government has no objection to excluding time.

DATED: April 30, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

GRANT P. FONDO
DAVID R. CALLAWAY
Assistant United States Attorneys

MATTHEW JACOBS
Counsel for Defendant Nguyen

STIP RE STATUS, SPEEDY TRIAL, [PROPOSED] ORDER
CR 11-00308 DLJ

1

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Based on the stipulation between the United States and John Nguyen, and for good cause shown, IT IS HEREBY ORDERED that the May 2, 2013, status hearing for John Nguyen is rescheduled to May 30, 2013, at 1:30 p.m., before the undersigned, for defendant John Nguyen only. |

# [PROPOSED] ORDER

Based on the stipulation between the United States and John Nguyen, and for good cause shown, IT IS HEREBY ORDERED that the May 2, 2013, status hearing for John Nguyen is rescheduled to May 30, 2013, at 1:30 p.m., before the undersigned, for defendant John Nguyen only.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 2, 2013, and May 30, 2013, would unreasonably deny the defendant John Nguyen continuity of counsel and would deny his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 2, 2013, and May 30, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 2, 2013, and May 30, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The May 2, 2013, status conference as to defendants Linda Tran, Pablo Curiel, and Elaine Ly is not changed by this order, and will take place as scheduled on May 2, 2013, at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

D. LOWELL JENSEN
United States District Judge

STIP RE STATUS, SPEEDY TRIAL, [PROPOSED] ORDER
CR 11-00308 DLJ

2