1  MATTHEW J. JACOBS (SBN 171149)
    mjacobs@velaw.com
2  KATHERINE C. KIM (SBN 240951)
    kkim@velaw.com
3  ELLIOTT J. JOH (SBN 264927)
    ejoh@velaw.com
4  VINSON & ELKINS LLP
   525 Market Street, Suite 2750
5  San Francisco, CA 94105
   Telephone:  (415) 979-6900
6  Facsimile:   (415) 651-8786

7  Attorneys for Defendant JOHN NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALDOVINOS, et al.,<br><br>　　　　　　　Defendants. | Case No. CR 11-00308 DLJ<br><br>**STIPULATION CONTINUING THE MAY 30, 2013 STATUS CONFERENCE OF JOHN NGUYEN AND [] ORDER** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Defendant John Nguyen and the United States remain in discussions regarding a possible plea.  The United States is in the process of preparing its proposed settlement agreement.  Therefore, Defendant John Nguyen and the United States request the status hearing scheduled for May 30,

1  2013, be rescheduled to June 20, 2013 at 1:30 p.m.  This request does not apply to any other
2  defendant in this case.
3          Counsel for Defendant John Nguyen requests that time be excluded under the Speedy Trial
4  Act between May 30, 2013 (the date through which time was previously excluded) and June 20,
5  2013, for continuity of counsel and for necessary preparation.  The United States has no objection to
6  excluding time.
7          IT IS SO STIPULATED.

9  Dated:  May 29, 2013                                          Respectfully submitted,

11                                                               By:   */s/ Matthew J. Jacobs*
12                                                                     Matthew J. Jacobs
                                                                       Attorney for Defendant
13                                                                     JOHN NGUYEN

14                                                               By:   */s/ David Callaway*
                                                                       David Callaway
15                                                                     Attorney for Plaintiff
                                                                       United States of America

1309746v.1

**STIPULATION CONTINUING THE MAY 30, 2013
STATUS CONFERENCE OF JOHN NGUYEN AND
[] ORDER**                                      2                        **CASE NO. CR 11-00308 DLJ**

**[] ORDER**

Based on the stipulation between Defendant John Nguyen and the United States, and for good cause shown, IT IS HEREBY ORDERED that the May 30, 2013 status hearing for Defendant John Nguyen is rescheduled to June 20, 2013 at 1:30 p.m., before the undersigned, for Defendant John Nguyen only.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 30, 2013 and June 20, 2013 would unreasonably deny Defendant John Nguyen continuity of counsel and would deny his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 30, 2013 and June 20, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 30, 2013 and June 20, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable D. Lowell Jensen
United States Senior District Judge

1309746v.1

**STIPULATION CONTINUING THE MAY 30, 2013 STATUS CONFERENCE OF JOHN NGUYEN AND [] ORDER**          3          **CASE NO. CR 11-00308 DLJ**