1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5596
7     Fax:  (408) 535-5066
      E-Mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,           )
                                       )   No. CR 11-00308 DLJ
14                                     )
                                       )
15         v.                          )   STIPULATION CONTINUING
                                       )   STATUS CONFERENCE FOR ONE WEEK;
16                                     )   ORDER []
   JOHN NGUYEN,                        )
17                                     )   Date: June 20, 2013
              Defendants.              )   Time: 10:00 a.m
18                                     )
   _____ )   Before The Hon. D. Lowell Jensen
19

20      The United States and defendant John Nguyen agree, and respectfully ask this Court to

21 approve, continuing the status conference currently scheduled for the above date and time by one

22 week, to **Thursday, June 27, 2013**, at 10:00 a.m., before The Honorable D. Lowell Jensen, United

23 States District Judge.  The reason is to provide defense counsel additional time to go over the

24 proposed plea agreement with Mr. Nguyen.  If the disposition under consideration by the parties is

25 approved on both sides, it would also require Mr. Nguyen to be arraigned on a superseding

26 information prior to the change of plea.  The requested continuance will also provide the parties with

27 some breathing room to have the information filed and arrange for Mr. Nguyen to be arraigned on

28

STIPULATION TO CONTINUE; ORDER []
CR 11-00308 DLJ

1  before the parties appear before this Court.

2  DATED: June 17, 2013

                                                Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                / s /
                                                _____
                                                DAVID R. CALLAWAY
                                                AMIE D. ROONEY
                                                Assistant United States Attorneys

                                                / s /
                                                _____
                                                MATTHEW J. JACOBS
                                                KATHERINE C. KIM
                                                ELLIOTT J. JOH
                                                Counsel for Defendant

## ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the status conference currently scheduled for the above date and time is continued one week, to **Thursday, June 27, 2013**, at 10:00 a.m., before The Honorable D. Lowell Jensen, United States District Judge.

DATED: _Î⌐J⌐H_                                       _____
                                                         D. LOWELL JENSEN
                                                         United States District Judge