1  MATTHEW J. JACOBS (SBN 171149)
    mjacobs@velaw.com
2  KATHERINE C. KIM (SBN 240951)
    kkim@velaw.com
3  ELLIOTT J. JOH (SBN 264927)
    ejoh@velaw.com
4  VINSON & ELKINS LLP
   525 Market Street, Suite 2750
5  San Francisco, CA 94105
   Telephone:  (415) 979-6900
6  Facsimile:   (415) 651-8786

7  Attorneys for Defendant JOHN NGUYEN

8

9

10

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA,          Case No. CR 11-00308 DLJ

16                    Plaintiff,

17         v.                          **STIPULATION AND []
                                       ORDER TO EXTEND FILING DATE
18  VALDOVINOS, et al.,                OF MOTION TO COMPEL TO BE
                                       FILED ON DECEMBER 5, 2013 TO
19                    Defendants.      DECEMBER 9, 2013**

20

21

22  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

23         The parties have been meeting and conferring in good faith regarding discovery matters prior

24  to now in an effort to resolve and crystallize any disputes.  Accordingly, Defendant John Nguyen, by

25  and through his attorney, and the United States, by and through Assistant United States Attorney

26  David R. Callaway, stipulate and agree that, subject to court approval, the motion to compel that was

27  to be filed on December 5, 2013, will now be filed (if necessary) on December 9, 2013.  The dates

28

1   for the opposition and reply will remain unchanged.  The hearing currently noticed on January 9,

2   2014 will remain on calendar.

3          IT IS SO STIPULATED.

4   Dated:  December 5, 2013                          Respectfully submitted,

5

6                                                By:   */s/ Matthew J. Jacobs*
                                                       Matthew J. Jacobs
7                                                      Attorney for Defendant
                                                       JOHN NGUYEN
8

9                                                By:   */s/ David R. Callaway*
                                                       David R. Callaway
10                                                     Attorney for Plaintiff
                                                       United States of America
11

12

13                              **CIVIL LOCAL RULE 5-1(i)(3)**

14

15          Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

16   has been obtained from each of the other signatory hereto.

17                                                      */s/ Matthew J. Jacobs*
                                                        Matthew J. Jacobs
18

19

20

21

22

23

24

25

26

27

28

1

## [] ORDER

2      Pursuant to agreement and stipulation of the parties and for good cause shown, the Court

3   HEREBY ORDERS that the motion to compel that was to be filed on December 5, 2013, will now

4   be filed on December 9, 2013.  The dates for the opposition and reply will remain unchanged.  The

5   hearing currently noticed on January 9, 2014 will remain on calendar.

6

7      **IT IS SO ORDERED.**

8

9   DATED: _____     _____

10                                          Honorable D. Lowell Jensen
                                           United States Senior District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   US 2198794v.1

27

28

---

**STIPULATION AND [] ORDER**
**TO EXTEND FILING DATE OF MOTION TO**
**COMPEL TO BE FILED ON 12/5/2013 TO 12/9/2013**      3                    **CASE NO. CR 11-00308 DLJ**