MATTHEW J. JACOBS (SBN 171149)
  mjacobs@velaw.com
ELLIOTT J. JOH (SBN 264927)
  ejoh@velaw.com
VERONICA M.A. ALEGRÍA (SBN 290655)
  valegria@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 979-6900
Facsimile:   (415) 651-8786

*E-FILED - 6/25/14*

Attorneys for Defendant JOHN NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>VALDOVINOS, et al.,<br><br>             Defendants. | Case No. CR 11-00308 DLJ (LB)<br><br>**STIPULATION AND []**<br>**ORDER TO VACATE THE**<br>**PRETRIAL AND TRIAL DATES** |

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

    The parties have been meeting and conferring in good faith regarding a resolution of the case. The parties hope, and at this point fully expect, that the case will be resolved and that they will be able to soon propose a new schedule for a change of plea hearing.  If the parties are unable to reach a resolution, then they will request a new trial schedule.

    Accordingly, the parties stipulate and request that the Court vacate the pretrial conference date of June 26, 2014 and the trial date of July 14, 2014.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: June 19, 2014 | VINSON & ELKINS LLP |
| | | By: */s/ Matthew J. Jacobs* |
| | | Matthew J. Jacobs |
| | | Attorneys for Defendant<br>JOHN NGUYEN |
| 9 | Dated: June 19, 2014 | UNITED STATES OF AMERICA |
| | | By: */s/ David R. Callaway* |
| | | David R. Callaway |
| | | By: */s/ Amie D. Rooney* |
| | | Amie D. Rooney |
| | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

### CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other Signatories hereto.

| | | |
|---|---|---|
| Dated: June 19, 2014 | | VINSON & ELKINS LLP |
| | | By: */s/ Matthew J. Jacobs* |
| | | Matthew J. Jacobs |
| | | Attorneys for Defendant<br>JOHN NGUYEN |

STIPULATION AND [] ORDER TO VACATE
TRIAL AND PRETRIAL DATES             2             CASE NO. CR 11-00308 DLJ

**[] ORDER**

Pursuant to agreement and stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the pretrial conference date of June 26, 2014 and the trial date of July 14, 2014 be VACATED.

**IT IS SO ORDERED**.

DATED: 6/25/14

Honorable D. Lowell Jensen
United States Senior District Judge

The Court has set a Status Conference for July 24, 2014 at 9:00 AM.

---

STIPULATION AND [] ORDER TO VACATE
TRIAL AND PRETRIAL DATES                         3                    CASE NO. CR 11-00308 DLJ